EDWARD WUNCH, Appellant, *v.* DAVID SHANKLAND, as President of TYPOGRAPHICAL UNION No. 9, Respondent.

(Submitted February 20, 1905; decided February 28, 1905.)

Motion for reargument denied, with ten dollars costs.    (See 179 N. Y. 545.)

———————

JOHN C. O'BRIEN, Appellant, *v.* FRANK V. FLECKENSTEIN et al., Defendants, and WILLIAM B. MORSE et al., Respondents.

(Submitted February 20, 1905; decided February 28, 1905.)

Motion for reargument denied, with ten dollars costs.    (See 180 N. Y. 350.)

———————

In the Matter of the Petition of EMILY J. HOLLISTER et al., Appellants, to Vacate an Assessment.
THE CITY OF ROCHESTER, Respondent.

(Submitted February 20, 1905; decided February 28, 1905.)

Motion for reargument denied, with ten dollars costs.    (See 180 N. Y. 518.)

———————

THE PEOPLE OF THE STATE OF NEW YORK ex rel. COLERIDGE A. HART, Appellant, *v.* WILLIAM W. GOODRICH et al., Respondents.

(Submitted February 3, 1905; decided February 28, 1905.)

Motion for reargument denied, with ten dollars costs.    (See 180 N. Y. 522.)

———————

EMMA A. DAMBMANN, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

(Submitted February 20, 1905; decided February 28, 1905.)

Motion for reargument denied, with ten dollars costs.    (See 180 N. Y. 384.)